# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 26, 2026

Lyle W. Cayce
Clerk

No. 25-40118
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JORGE ALBERTO GALINDO-VARGAS,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:23-CR-1581-3

Before HIGGINBOTHAM, ENGELHARDT, and RAMIREZ, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Jorge Alberto Galindo-Vargas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Galindo-Vargas has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-40118

well as Galindo-Vargas's response.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

Although we concur with counsel's conclusion that the appeal presents no nonfrivolous issues, we remind counsel (i) of his obligation to conduct a "conscientious examination" of the record when moving to withdraw, *Anders*, 385 U.S. at 744; (ii) that an *Anders* brief must "cover[ ] every applicable item" of this court's public *Anders* checklist, *Flores*, 632 F.3d at 232; and (iii) that the brief should "demonstrate that [counsel] has considered the issues set forth in the checklist to the extent they apply to [the defendant's] case," *United States v. Garland*, 632 F.3d 877, 879 (5th Cir. 2011).